**Motion Granted; Dismissed and Memorandum Opinion filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00016-CR

### JOHN WAYNE BATES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 90-CR-0288**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel Consist of Chief Hedges and Justices Boyce and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).